# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140616 & (16)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

YAKOV VYACHESLAV RAKHAMIMOV,
    Defendant-Appellant.

SC: 140616
COA: 295586
Oakland CC: 2008-223910-FH
                2008-224095-FH

_____/

On order of the Court, the application for leave to appeal the January 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010
_____

y0621

_____
Clerk